IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY ___Cy___ D.C.

05 OCT -3 AM 10: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DEBORAH K. JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2389-B/P |
| | ) JUDGE J. DANIEL BREEN |
| OVERTON PARK HEALTH CARE CENTER, | ) |
| Defendant. | ) |

### PROPOSED ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

After consideration of the motion to admit attorney Emily H. Plotkin *pro hac vice*, pursuant to Local Rule 83.1(b)(1) and it appearing to the Court that Emily H. Plotkin meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion should be, and hereby is, GRANTED.

This the 30ᵗʰ day of Sept , 2005.

_____
JUDGE J. DANIEL BREEN

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  10-4-05

N PAA 537529 v1
0-0 09/28/05

(10)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02389 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Deborah Kay Jackson
1658 Michigan St.
Memphis, TN 38106

Emily H. Plotkin
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lawrence S. Eastwood
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Johnson City
P.O. Box 3038
207 Mockingbird Lane
Johnson City, TN 37602

Honorable J. Breen
US DISTRICT COURT