IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 OCT -3  AM 10: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

DEBORAH K. JACKSON,                )
                                   )
            Plaintiff,             )
                                   )
v.                                 )        Civil Action No.  05-2389-B/P
                                   )        JUDGE J. DANIEL BREEN
                                   )
OVERTON PARK HEALTH CARE           )
CENTER,                            )
            Defendant.             )
                                   )

## PROPOSED ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

After consideration of the motion to admit attorney Lawrence S. Eastwood, Jr., *pro hac vice,* pursuant to Local Rule 83.1(b)(1) and it appearing to the Court that Lawrence S. Eastwood, Jr., meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion should be, and hereby is, GRANTED.

This the 30ᵗʰ day of _____, 2005.

_____
JUDGE J. DANIEL BREEN

This document entered on the docket sheet in compliance
with Rule 56 and/or 79(a) FRCP on 10-4-05

N PAA 537524 v1
0-0  09/28/05

11

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02389 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Lawrence S. Eastwood
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Johnson City
P.O. Box 3038
207 Mockingbird Lane
Johnson City, TN 37602

Emily H. Plotkin
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Deborah Kay Jackson
1658 Michigan St.
Memphis, TN 38106

Honorable J. Breen
US DISTRICT COURT