IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DEBORAH KAY JACKSON,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)　　Civ. No. <u>05-2389-B/P</u>
　　　　　　　　　　　　　　　　　　)
OVERTON PARK HEALTH CARE　　　　　)
CENTER,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　)

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held November 3, 2005. Present were Deborah K. Jackson, *pro se*, and Lawrence S. Eastwood, Jr. (via telephone), counsel for defendant. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
November 17, 2005

**JOINING PARTIES:**
Plaintiff - December 5, 2005
Defendant - January 3, 2006

**AMENDING PLEADINGS:**
Plaintiff - December 5, 2005
Defendant - January 3, 2006

**INITIAL MOTIONS TO DISMISS:** February 6, 2006

**COMPLETING ALL DISCOVERY:** June 30, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-14-05



    (b)   **INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: August 3, 2006

    (c)   **DEPOSITIONS**: August 3, 2006 - Each party is limited to 10 depositions, each of which shall be limited to seven hours, unless extended by agreement of the parties.

    (d)   **EXPERT WITNESS DISCLOSURE (Rule 26)**:

        (1)   **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: June 1, 2006

        (2)   **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: June 30, 2006

        (3)   **EXPERT WITNESS DEPOSITIONS**: August 3, 2006

**FILING DISPOSITIVE MOTIONS**: September 4, 2006

**OTHER RELEVANT MATTERS**:

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

    This case is set for a non-jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately 2-3 days.

    The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

November 10, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02389 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Lawrence S. Eastwood
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Deborah Kay Jackson
1658 Michigan St.
Memphis, TN 38106

Emily H. Plotkin
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT