IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DEBORAH KAY JACKSON,

    Plaintiff,

v.                                  No. 05-2389 B

OVERTON PARK HEALTH CARE CENTER,

    Defendant.

---

ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION
TO DISMISS SHOULD NOT BE GRANTED

---

Before the Court is the October 13, 2005 motion to dismiss or, in the alternative, for a more definite statement by the Defendant, Overton Park Health Center, against the Plaintiff. According to the Court's docket, no response has been filed on behalf of the Plaintiff, even though the deadline for such a response has expired.[1] Accordingly, the Plaintiff is hereby directed, within eleven (11) days of the entry hereof, to show cause why the motion referenced herein should not be granted. Failure of the Plaintiff to comply in a timely manner with this order may result in dismissal with prejudice of Plaintiff's claims against the Defendant.

IT IS SO ORDERED this 28th day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] Under the Local Rules of this district, responses to motions to dismiss "must be filed within thirty days of service of the motion." LR7.2, Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02389 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Lawrence S. Eastwood
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Deborah Kay Jackson
1658 Michigan St.
Memphis, TN 38106

Emily H. Plotkin
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT